UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:09CR94 |
| | ) | |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE R. BOLK, | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Duane R. Bolk's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 67.)

On March 2, 2009, the government filed an Information as to Duane R. Bolk. (Dkt. # 1.) On April 8, 2009, the Defendant signed a Waiver of Indictment and proffered a plea of guilty to Counts one and two in the Information (Dkt. # 4.) Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation in which he recommends that the Court accepts Defendant's plea of guilty and enter a finding of guilty. (Dkt. # 7.) Neither party objected to the Magistrate Judge's Report and Recommendation in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's Report and

Recommendation is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts one and two. The sentencing will be held on August 6, 2009, at 10:00 a.m.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - August 4, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**